AO 450 (Rev. 11/11)   Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT Aug 24, 2023
### for the
### Eastern District of Washington

SEAN F. McAVOY, CLERK

BILLY EDWARD TOYCEN

|  |  |
|---|---|
| _____ *Plaintiff* | ) ) ) |
| v. | ) |
| YAKIMA COUNTY DISTRICT COURT, YAKIMA COUNTY SUPERIOR COURT, and U.S. DISTRICT COURT | ) ) ) |
| _____ *Defendant* | ) |

Civil Action No.   1:23-cv-3085-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑  other:   Pursuant to the court order at ECF No. 8, this action is DISMISSED WITHOUT PREJUDICE pursuant to LCivR 41(b)(2).

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge  Mary K. Dimke. _____

Date:  8/24/2023 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Brian Molony
_____
*(By) Deputy Clerk*

Brian Molony
_____